IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA BELFLOWERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES EAST, L.P., )<br>)<br>Defendant. ) | CIVIL ACTION NO.  3:08cv250-CSC<br>WO |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered in the case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and that this case be and is hereby DISMISSED with prejudice with costs taxed against the plaintiff.

Done this 30th day of October, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE